IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIS STEPP, | ) | |
| | ) | |
| Plaintiff | ) | Civ. Action No. 06-576 |
| | ) | |
| v. | ) | |
| | ) | |
| FARPOINT COMMUNICATIONS, INC., MARIANNA AND SCENERY HILL TELEPHONE COMPANY, TERRY STAUFFER, MICHELLE MURRAY and LORI ENGEL, | ) | |
| | ) | |
| Defendants | ) | |

ORDER

AND NOW, this 21st day of February, 2007, upon consideration of Plaintiff's First Motion for Extension of Time To Complete Discovery [Doc. No. 15] and Defendants' Motion to Compel Discovery [Doc. No. 16], IT IS HEREBY ORDERED THAT the motions are GRANTED as follows:

(1) Discovery in this matter will close on April 16, 2007 and no further extensions of time will be granted;

(2) Counsel shall meet, confer and cooperate regarding deposition schedules;

(3) The post discovery status conference scheduled for Monday, February 26, 2007 at 4:30 p.m. is continued to Wednesday, April 24, 2007 at 4:30 p.m. The conference will be conducted by telephone. The court will initiate the conference call.

Counsel are directed to contact chambers and provide a direct dial telephone number. Counsel are also reminded of their duties as officers of the court.

BY THE COURT,

_____, J.